**2010–1562.   Licking & Knox Community Mental Health & Recovery Bd. v. T.B.**

Franklin App. No. 10AP–454, 2010-Ohio-3487. Reported at 127 Ohio St.3d 1447, 2010-Ohio-5762, 937 N.E.2d 1037. On motion for reconsideration. Motion denied.

PFEIFER, Acting C.J.

BROWN, C.J., not participating.

**2010–1591.   State ex rel. Waters v. Spaeth.**

In Mandamus and Procedendo. Reported at 127 Ohio St.3d 1440, 2010-Ohio-5762, 937 N.E.2d 1032. On motion for reconsideration. Motion denied.

**2010–1627.   State ex rel. Colin v. Moore.**

In Mandamus. Reported at 127 Ohio St.3d 1441, 2010-Ohio-5762, 937 N.E.2d 1032. On motion for reconsideration. Motion denied.

**2010–1653.   State ex rel. Goshay v. Ambrose.**

In Procedendo and Prohibition. Reported at 127 Ohio St.3d 1441, 2010-Ohio-5762, 937 N.E.2d 1032. On motion for reconsideration. Motion denied.

**2010–1670.   State ex rel. Vinson v. Franklin Cty. Court of Common Pleas.**

In Mandamus. Reported at 127 Ohio St.3d 1441, 2010-Ohio-5762, 937 N.E.2d 1033. On motion for reconsideration. Motion denied.

**2010–1691.   Henderson v. Santiago.**

In Habeas Corpus. Reported at 127 Ohio St.3d 1441, 2010-Ohio-5762, 937 N.E.2d 1033. On motion for reconsideration. Motion denied.

**2010–1731.   State v. Wilson.**

Montgomery App. No. 23313, 2010-Ohio-3439. Reported at 127 Ohio St.3d 1443, 2010-Ohio-5762, 937 N.E.2d 1034. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

**2010–1618.   Cooper v. Tommy's Pizza.**

Franklin App. No. 09AP–1078, 2010-Ohio-2978. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*December 28, 2010*

[Cite as *12/28/2010 Case Announcements*, 2010-Ohio-6392.]